| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 1 2024 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| In re: FACEBOOK, INC. INTERNET TRACKING LITIGATION,<br><br>------------------------------<br><br>PERRIN AIKENS DAVIS; et al.,<br><br>        Plaintiffs-Appellees,<br>v.<br><br>ERIC ALAN ISAACSON,<br><br>        Objector-Appellant,<br>v.<br><br>META PLATFORMS, INC., FKA Facebook, Inc.,<br><br>        Defendant-Appellee. | No. 22-16904<br><br>D.C. No. 5:12-md-02314-EJD<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: R. NELSON, FORREST, and SANCHEZ, Circuit Judges.

Judges R. Nelson, Forrest, and Sanchez voted to deny Objector-Appellant Eric Alan Isaacson's petitions for panel rehearing and rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35. Accordingly, Objector-Appellant's petitions for rehearing and rehearing en banc, filed March 6, 2024 (Dkt. 64), are **DENIED.**